IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO. 8:17-415 |
| ) | 18 USC § 922(g)(1) |
| ) | 18 USC § 924(a)(2) |
| Vs. ) | 18 USC § 924(e) |
| ) | |
| MARCUS FITZGERALD WOODS, JR., ) | |
| a/k/a "PO BOY" ) | |
| ) | INDICTMENT |

THE GRAND JURY CHARGES:

That on or about December 27, 2015, in the District of South Carolina, the

Defendant, MARCUS FITZGERALD WOODS, JR., a/k/a "PO BOY", having been

convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly did possess in and affecting commerce, a firearm and ammunition, all of

which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2),

and 924(e).

A _True_ Bill

REDACTED
FOREPERSON

_[signature]_
BETH DRAKE    (EJH/jw)
UNITED STATES ATTORNEY

2017 MAY -9 PM 1:52
RECEIVED
USDC. CLERK GREENVILLE. SC