UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(GREENVILLE DIVISION)

RECEIVED
USDC, CLERK GREENVILLE, SC

2019 AUG 19 PM 4:23

MARCUS F. WOODS, Jr.,

    Petitioner,

Criminal # 17-cr-00415-001

v.

TMC

UNITED STATES OF AMERICA,

    Respondent.

## AFFIDAVIT OF PETITIONER

I, Marcus F. Woods, depose and state the following:

1. I re-assert my Affidavit, Exhibit B, in support of my Petition;

2. Had I been afforded the opportunity to have a hearing on this enhancment, I could have provided a witness that would instill great doubt on this enhancement;

3. I'm not adept in the law, nor am I articulate or confident in speaking in front of the court, which is why I did not object at the hearing;

4. I feel it would be unjust to punish me for not being able to assert myself at the sentencing hearing. This is what an attorney is for.

I, Marcus F. Woods, declare under penalty of perjury that the foregoing is true. Executed on this 13 day of August, 2019.

                                Respectfully submitted,

                                *Marcus Woods*