```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF SOUTH CAROLINA
 2                    ANDERSON/GREENWOOD DIVISION

 3      UNITED STATES OF AMERICA,    )    CR. NO. 8:17-CR-415
                                     )    ANDERSON, SC
 4                                   )    JULY 3, 2018
                                     )
 5           VERSUS                  )
                                     )
 6      MARCUS FITZGERALD WOODS      )
        A/K/A PO BOY,                )
 7                                   )
                        DEFENDANT.   )
 8      _____)

 9           BEFORE THE HONORABLE TIMOTHY M. CAIN
                UNITED STATES DISTRICT COURT JUDGE
10                    SENTENCING HEARING

11      APPEARANCES:

12      FOR THE GOVERNMENT:    E. JEAN HOWARD, AUSA
                               UNITED STATES ATTORNEY'S OFFICE
13                             55 BEATTIE PLACE
                               SUITE 700
14                             GREENVILLE, SC  29601

15      FOR THE DEFENDANT:     JAMES B. LOGGINS, AFPD
                               FEDERAL PUBLIC DEFENDER'S
16                                OFFICE
                               TWO LIBERTY SQUARE
17                             75 BEATTIE PLACE
                               SUITE 950
18                             GREENVILLE, SC  29601

19      COURT REPORTER:        DEBRA R. BULL, RPR, CRR
                               UNITED STATES COURT REPORTER
20                             315 SOUTH MCDUFFIE STREET
                               ANDERSON, SC  29624
21

22
                     STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
23                        *** *** *** *** ***

24

25
```

1    (Whereupon, the hearing commenced at 11:21 a.m.)

2    MS. HOWARD:  Your Honor,  the next case for

3    sentencing is United States versus Marcus Fitzgerald

4    Woods represented by James Loggins in docket number

5    8:17-415.

6    THE CLERK:  Raise your right hand,  please.

7    MARCUS FITZGERALD WOODS, having been first duly

8    sworn, testified as follows:

9    THE COURT:   Mr. Loggins,  are you and your client

10   ready to proceed?

11   MR. LOGGINS:  We are ready,  Your Honor.

12   THE COURT:   For purposes of this hearing,  I have

13   received and reviewed the following documents and

14   materials:  I have considered the information presented

15   at the plea hearing as well as the Presentence Report

16   prepared by Probation Officer Mobley.   Mr. Woods also

17   sent a letter in dated June 26,  2018, that provided

18   some additional information about him and included a

19   request about his BOP designation.  We will take that up

20   at the appropriate time, but are there any other

21   documents or materials submitted for sentencing that I

22   did not state on the record, or that should be

23   considered by the Court?

24   MS. HOWARD:  No,  Your Honor.

25   MR. LOGGINS:  Yes, Your Honor.  We were able to

1   secure a copy of his high school equivalency diploma and

2   a copy of the transcript supporting that.   I have shown

3   it to both probation and U. S. Attorney.

4         THE COURT:   Can we scan these, and give them back

5   -- give the documents back, so he will have them?

6         THE CLERK:   Yes.

7         THE COURT:   Okay.   We will make these a part of

8   the record, it is a high school equivalency diploma and

9   an official transcript of his GED test.   If I am reading

10  it right,  Mr. Woods is pretty good in math.

11        THE DEFENDANT:   Yes, sir.

12        THE COURT:   Okay.   Yes, ma'am.

13        PROBATION OFFICER:   I have the supporting *Shepard*

14  documents for the enhancements in paragraph 15.

15        THE COURT:   All right.   Thank you.   I have been

16  handed a copy of an Indictment for strong armed robbery,

17  a Greenwood County case, 13-GS-24-0398.   It looks like

18  Mr. Woods pled guilty to that offense, as well as

19  assault and battery first degree, Indictment

20  13-GS-24-399, also in Greenwood County.

21         It looks like those sentences were both imposed

22  -- one was -- looks like they were both imposed on March

23  4,  2013, and that is described in paragraph 15 of the

24  Report.   These convictions would be together treated as

25  one predicate offense for an enhanced base offense level

1       under the guidelines as set forth in paragraph 15.

2       Mr. Woods,  do you acknowledge those convictions?

3             THE DEFENDANT:  Yes, sir.

4             THE COURT:  Okay.  Any objection to these being

5       put in the record?

6             MS. HOWARD:  No,  Your Honor.

7             MR. LOGGINS:  No objection,  Your Honor.

8             THE COURT:   Thank you.

9             Okay.  If there any Social Security numbers on

10      there, we will redact those.

11            Mr. Loggins, have you explained the Report to your

12      client and feel he understands it?

13            MR. LOGGINS:  I have,  Your Honor, and I believe

14      he does.

15  BY THE COURT:

16   Q.      Mr. Woods, have you had a sufficient opportunity

17      to review the Presentence Report and discuss it with

18      your attorney?

19   A.      Yes, sir.

20   Q.      And do you need any additional time to review the

21      Report or discuss it with him?

22   A.      No, sir.

23   Q.      Do you understand the contents of the Report?

24   A.      Yes, sir.

25            THE COURT:  Are there any objections to the

1    Presentence Report?

2        MS. HOWARD:  None from the Government, Your Honor.

3        MR. LOGGINS:  No, sir.

4        THE COURT:    Accordingly, I adopt the factual

5    findings set forth in the report for purposes of

6    determining the reasonableness of my sentence.   I will

7    now announce my conclusions as to the applicable

8    statutory provisions and advisory guideline provisions

9    including the offense level, criminal history category,

10   and calculations as to the advisory guidelines range.

11       The statutory provisions applicable to this

12   Defendant in this case would provide for a term of

13   incarceration of not more than ten years, supervised

14   release of not more than three years, probation from one

15   to five years,  a fine up to $250,000, and a Special

16   Assessment fee of $100.

17       With respect to the advisory guideline

18   provisions, the Defendant admitted to a single-count

19   Indictment charging him with being a felon in possession

20   of firearm and ammunition.  As noted in paragraph 28,

21   the base offense level is 20, pursuant to section

22   2K2.1(a)(4), the Defendant had the convictions we

23   previously discussed in paragraph 15.   He received a

24   two-level increase, as noted in paragraph 29, pursuant

25   to 2K2.1(b)(4).  And a four-level increase, as noted in

1    paragraph 30, pursuant to Section 2K2.1(b)(6)(B).  If

2    the defendant used or possessed a firearm or ammunition

3    in connection with another felony offense or possessed

4    or transferred the same with knowledge, intent, or

5    reason to believe it would be used or possessed in

6    connection with another felony offense, there is a

7    four-level increase.  That put his adjusted offense

8    level at 26; however,  he did benefit from a two-level

9    reduction for acceptance of responsibility pursuant to

10    Section 3E1.1(a), and an additional one-level reduction

11    pursuant to Section  3E1.1(b) for timely entry of the

12    guilty plea.  With a total offense level of 23 and a

13    prior criminal history category, which puts him in

14    criminal history category 3, he would not be eligible

15    for probation.  The advisory guidelines and his advisory

16    guideline imprisonment range would be 57 to 71 months

17    imprisonment with one to three years supervised release.

18    A fine was not calculated in this case, and restitution

19    was deemed not applicable.  He would be subject to a

20    $100 Special Assessment fee.

21        Are there any objections, exceptions, or

22    comments as to my conclusions as to the applicable

23    statutory provisions or advisory guideline calculations?

24        MS. HOWARD:  None from the Government,  Your

25    Honor.

1      MR. LOGGINS:  None from the defense, Your Honor.

2      PROBATION OFFICER:   No,  Your Honor.

3      THE COURT:    Thank you.

4          I will be glad to hear from the parties

5   concerning any sentencing recommendations or other

6   relevant information concerning sentencing.

7      MS. HOWARD:  Yes,  Your Honor,  may it please the

8   Court.   Your Honor,  the Government would submit in

9   looking at the nature and circumstances of this offense

10  that Mr. Woods had actually two firearms on him at the

11  time along with some crack cocaine and marijuana at the

12  time of this arrest.  Of course, the Government has a

13  legitimate interest in making sure that prohibited

14  persons do not possess firearms, and particularly

15  felons,  which Mr. Woods does have prior felony

16  convictions.

17         The Government would submit that a sentence

18  within the advisory range of 57 to 71 months would be

19  sufficient, but not greater than necessary to support

20  the 3553(a) factors,  specifically to reflect the

21  seriousness of the offense and promote respect for the

22  law,  provide just punishment.   Also hopefully that a

23  sentence within that range would provide adequate

24  deterrence to future criminal conduct and protect the

25  public from further crimes of the Defendant.

1          THE COURT:    Thank you.

2              Mr. Loggins, I will be glad to hear from you and

3     your client.

4          MR. LOGGINS:  May it please the Court.    Your

5     Honor, my client is 23 years old.  I don't have to tell

6     you this, but he has got way too much potential to be

7     here or be here again, I am sorry.

8              When I first met him, he raised the suppression

9     issues, wanted to know how those work, I explained those

10    to him, how they would either apply to him or not.    He

11    got a new bond.  He has kept up with every stage of the

12    case,  asked intelligent questions,  knew what trouble

13    he was in.  He processed the information very well and

14    talked to me several times about the fact, you know, he

15    doesn't need to be in red any more.   He is not asking

16    to get any sort of probationary sentence today,  he

17    understands when this is over, he needs to be in a

18    better place.

19             He has -- the Report in paragraph 40 talks about

20    the fact he does have two children.   He is involved

21    with them,  he is not ordered to pay court-ordered child

22    support on that.

23             I'm not trying to get into the behavior of the

24    arrest, and I don't disagree with the assessment in the

25    Report at all,  but to even look at the Report also from

1    two sides, it appears somebody came around the corner,

2    there was a fight with the police, and bad things went

3    on.  He turns a corner, and by their own admittance, he

4    has got a hoodie on and reading his cellphone, and his

5    first indication of anything going on they reached out

6    and grab you.  When that situation resolved five seconds

7    later,  he is on the ground, he does -- he doesn't

8    resist there, he has a gun loaded.  He was charged in

9    State court for those crimes.   He was found guilty on

10   all three of them -- pled guilty to all three of them,

11   and received 30 days or a fine.   So, they did not view

12   that behavior as being at a level where he was a danger

13   of other people, or tried to use the gun, or anything

14   else.   As you look at the facts, you know there are a

15   couple of ways to look at them sometimes.

16        I would also like to point out that, once again,

17   he got enhanced for every drug on his person.

18   Absolutely correct under the guidelines.   He had .24

19   grams of crack -- .024 grams of crack, and .09 grams of

20   marijuana, so he had drugs on him,  a very little amount

21   of drugs for anybody involved and very deep in the

22   behavior.

23        Paragraph 45 dates he started using marijuana at

24   the age of 12, and it had remained his drug of choice

25   during that time,  that makes him good recommendation

1   for drug intensive class, he will be receiving a

2   sentence probably in that range that is sufficient for

3   him to be involved in that drug program if he happens to

4   qualify for being in that.

5        He is simply asking for the 57 months, Your

6   Honor.  He has been in jail about 13 months, he has

7   had plenty of time to think about what he needs to do,

8   what track he should be on.  We think 57 months would

9   satisfy any 3553(a) factors or any concern the Court

10  might have about his punishment.

11       Also his mother would like to address the Court

12  before we are done.  That is Ms. Jennifer Dorn.

13       THE COURT:  Okay.  She can come up to the front.

14       MS. DORN:  I'm Jennifer Dorn.

15       THE COURT:  What is your last name, ma'am?

16       MS. DORN:  Dorn.

17       THE COURT:  Dorn?

18       MS. DORN:  Yes, sir.

19       THE COURT:  Okay.

20       MS. DORN:  Hey.  First of all, I would like to say

21  -- first of all, I stand before everyone in here as a

22  mother first to Marcus Woods, but also as a professional

23  to understand everything going on in here today, and I

24  respect everything that everybody here doing, and that

25  they do because I know how hard it is for everything

1     that we do.

2           But as a mother to Marcus Woods, I would like to

3     say -- I ask if you could be lenient and lean toward the

4     57 months to get him home to his two children and to us.

5     And that also all -- everything in his past that you

6     read about occurred in Greenwood,  South Carolina, where

7     we are from for all of our life until I just recently

8     bought a house in Simpsonville 2014,  built one, and I

9     opened up my home to Marcus to come, and he is going to

10    reside in Greenville County in Simpsonville away from

11    Greenwood County because I do know all about Greenwood.

12    I feel more safer, and I believe in him more to be away

13    from the atmosphere and the places that we was because

14    it actually helped me,  too,  when I move from there to

15    be where I am at now.

16          I also ask that  -- I also believe that Marcus

17    do (sic) understand the importance of being home and how

18    short life is now today.  He almost lost me December

19    25th, 2017, Christmas night, in a three-car collision

20    where I was the middle bait hit twice by somebody

21    running through -- a drunk driver running through a stop

22    sign hit me, and I hit head on with a truck head on.

23    And I was down for two months.  So,  Marcus do (sic)

24    understand the importance of being locked up behind

25    bars, and I don't know much about all the prison stuff,

1    but anyway,  being away from home, period, you don't

2    know if your family is going to be here when you are

3    there, you don't know if you will see them again,  you

4    just don't know.   You need to be home and live your

5    life to the best of your ability and the right way you

6    are supposed to.   Because like I say,  life is short.

7    And ain't (sic) nothing promised to nobody no more, it

8    never have 9 (sic) been.

9        But I would just like, as I say, if you will be

10   lenient toward the minimum guideline, and I understand

11   and respect the guideline because I understand when

12   somebody do (sic) something, they pay for their

13   consequences, I understand that.   And I abide by that.

14   That is all I ask.    Thank you.

15        THE COURT:   Thank you,  ma'am.

16        MR. LOGGINS:  As you can see, she presents herself

17   very well,  she called me often during the last 13

18   months, and been very involved, and staying involved.

19        THE COURT:   Well,  Mr. Woods is fortunate to have

20   his mother here in light of that terrible accident she

21   described, and he is extremely fortunate to have a

22   mother who loves him enough to stand by him and support

23   him, and I hope he appreciates that, and I am sure that

24   he does.

25        Mr. Woods,  I will be glad to hear from you.

1   You have a separate and independent right to tell me

2   anything you want me to know before I decide your

3   sentence.

4        THE DEFENDANT:   Yes, sir.   I did want to let you

5   know I apologize to the Court and my mother for taking

6   her through so much pain and the stress throughout the

7   time that I have been getting in trouble and stuff.

8   Like I told her, and I also wrote you a letter, that I,

9   um, like I heard it from several other inmates who have

10  been in the BOP, but they was (sic) telling me about

11  Atlanta -- USP Atlanta, so like I already have my GED,

12  so I just really want to better myself, and I know that

13  they got that HVAC trade there, so I can go to Atlanta

14  hopefully and get a trade, so once I come home, I can

15  better myself,  you know,  and be in a better

16  environment.  So, you know, if I can be home with my two

17  kids, I have a two year old and a eight year old (sic),

18  so I just want to better myself in the meantime,  you

19  know.   That is basically it, so.

20       THE COURT:   Well,  you are a very young man to

21  have been in a good bit of trouble.

22       THE DEFENDANT:  Yes, sir.

23       THE COURT:  And you are intelligent evidenced by

24  your interactions with the Court and these materials you

25  submitted.  So you want -- you would like to go to the

1    facility in Atlanta to get trained on how to install and

2    repair HVAC systems?

3         THE DEFENDANT:  Yes, sir.  Like, I don't know if

4    the yards in South Carolina if they have any trades or

5    anything,  you know,  so that is the only place that I

6    heard of closer to home that do have good trades.

7         THE COURT:  Anything else on behalf of the

8    Government?

9         MS. HOWARD:  No,  Your Honor.

10         THE COURT:  Anything else on behalf of the

11    Defendant?

12         MR. LOGGINS:  No,  Your Honor.

13         THE COURT:  Anything else from Probation?

14         PROBATION OFFICER:  No,  Your Honor.

15         THE COURT:  Well, this Court is mandated to

16    calculate an appropriate guideline range, which I

17    believe has been done, and look at all of the facts and

18    circumstance of the case, and all of the information

19    presented.

20         In fashioning the sentence, I have specifically

21    reviewed and considered all of the Section 3553(a)

22    factors including those referenced earlier.  And in

23    addition to that, I would cite the following relevant

24    3553(a) factors that would serve as the specific basis

25    for the sentence I will impose.  I have considered the

1    nature and circumstances of the offense as presented at

2    the plea hearing as set forth in the Report as described

3    today.   I have also considered the history and

4    characteristics of the Defendant,  including his prior

5    criminal history,  including the offenses in paragraph

6    15, which we have discussed, that those were in adult

7    General Sessions Court.   He has also had convictions

8    for possession of marijuana,  possession of stolen

9    pistol,  possession of crack cocaine,  criminal domestic

10   violence, assault and battery,  several marijuana

11   charges.   Now some of these offenses, including the one

12   in paragraph -- or the ones in paragraph 19 occurred at

13   the same time as the offense which brought him to this

14   Court,  so I am mindful of that.

15        The Defendant was born on April 20th,  1995.

16   He is in good physical health.  There is no indication

17   of any prior mental health problems or emotional

18   problems.   He indicated in his interview for the Report

19   that he had a prior history of using marijuana, and as

20   Mr. Loggins indicated, he started using that at a very

21   young age.   He has never been in any substance abuse

22   treatment.

23        He did go through the eighth grade.  But he,  as

24   noted earlier, obtained his GED and has completed some

25   work keys, what is work keys?

1          THE DEFENDANT:  I get my work keys certificate --

2     it is a silver, but it is like -- it is a computer

3     thing that they make you do before you take your GED and

4     see like where you stand.

5          THE COURT:  I see.

6          His employment history includes work at Carolina

7     Pride in Greenwood, South Carolina.  His mother

8     indicates that, once he finishes up his sentence, that

9     she willing to let her come live with her, and she has

10    moved out of Greenwood County.

11         I have also considered the need for any sentence

12    imposed to reflect the seriousness of the offense, and

13    the Court considers this to be a serious offense, and

14    the Government certainly has a legitimate and compelling

15    interest in preventing the possession and use of

16    firearms by prohibited persons.

17         I have also considered the need for any sentence

18    imposed to promote respect for the law.  It is hoped

19    that the sentence imposed today will impact the

20    Defendant in a positive way so as to promote adequate

21    respect for the law on his part, as well as adequate

22    deterrence to future criminal conduct on his part.

23         I have also considered the need for any sentence

24    imposed to provide just punishment and protect the

25    public from future crimes of the Defendant.

1          So, if there is nothing further, having

2     calculated and considered the advisory Sentencing

3     Guidelines, and having also considered the relevant

4     statutory sentencing factors contained in 18 USC Section

5     3553(a),  it is the judgment of the Court that the

6     Defendant, Marcus Fitzgerald Woods, Jr., is hereby

7     committed to the custody of the Bureau of Prisons to be

8     imprisoned for a term of 57 months.  It appears the

9     Defendant does not have the ability to pay a fine;

10    therefore,  the fine is waived.   The Defendant shall

11    pay the mandatory $100 Special Assessment fee.

12          Upon release from imprisonment, the Defendant

13    shall be placed on supervised release for a term of

14    three years.   Within 72 hours of release from custody

15    of the Bureau of Prisons,  the Defendant shall report in

16    person to the Probation Office in the District to which

17    the Defendant is released.   While on supervised release,

18    the Defendant shall comply with the mandatory and

19    standard conditions of supervision outlined in 18 USC

20    Section 3583(d).   The defendant shall also comply with

21    the following special condition for the reasons set

22    forth in the Presentence Report which has previously

23    been adopted by the Court as the findings of fact for

24    purposes of sentencing:   The Defendant shall submit to

25    random drug testing as administered by the U. S.

1    Probation Officer.

2         I will include in my Judgment Order a request

3    that the Defendant be allowed to participate in any drug

4    treatment programs available, as well as any educational

5    or vocational programs available.  And I will also

6    include a request that he be -- consideration be given

7    to allowing him to serve his sentence at USP Atlanta; is

8    that the name of it?

9         THE DEFENDANT:  Yes, sir.

10        THE COURT:  The facility known as USP in Atlanta,

11   Georgia, for humanitarian reasons.

12        I find the sentence is sufficient but not

13   greater than necessary to achieve the purposes of

14   sentencing and is reasonable under the facts and

15   circumstances of this case.

16        Mr. Woods, if you wanted to appeal your sentence

17   or conviction, you would have 14 days from the date of

18   entry of the written Judgment Order in your case to file

19   any Notice of Appeal.  If you could not afford the

20   filing fee, it would be waived and filed for you without

21   cost to you.  And in addition, if you wanted a lawyer to

22   represent you in the appeal and could not afford one,

23   you could ask that one be appointed for you without cost

24   to you; do you understand all of that.

25        THE DEFENDANT:  Yes, sir.

1    THE COURT:   Are there any substantive or

2    procedural errors or omissions to be brought to the

3    attention of the Court or anything else concerning

4    sentencing in this case?

5    MS. HOWARD:  No,  Your Honor.

6    MR. LOGGINS:  Not with the sentence, Your Honor.

7    I don't think my client has been to the Atlanta

8    penitentiary.

9    THE COURT:  He what?

10   MR. LOGGINS:  I don't think he has been to a

11   penitentiary in his life.  I'm not sure whether he knows

12   what he is asking for.   Might have that Order be

13   changed and recommend he be allowed to be placed at any

14   correctional facility that has a program for HVAC or

15   similar rather than designate to the penitentiary in

16   Atlanta.  Five minutes in the old pen he will regret

17   that decision.

18   THE COURT:   Well,  I tend to agree with you, but

19   talk to him just a minute about it, and if that is what

20   he wants me to do, that is what I will do.

21   (Whereupon, Mr. Loggins spoke with his client off the

22   record.)

23   MR. LOGGINS:  He is a smart guy, he made that

24   choice, he made that choice.

25   THE COURT:   Mr. Woods,  first of all, I don't

1   know that the Bureau of Prisons will even honor that

2   request, but your attorney has some concerns, which I

3   think relate to your personal safety and other things

4   about being placed in Atlanta, I want to make sure that

5   is what you want.

6         THE DEFENDANT:  That is why I said like if it is a

7   yard in South Carolina or somewhere that is probably

8   better in Atlanta that has trades then that will do,

9   too, but I just know that is the only yard that I know

10  for sure that have HVAC.

11        THE COURT:  So, do you want me to ask them to put

12  you in Atlanta or to put you -- consider placing you in

13  a facility where you could receive training in the HVAC?

14        THE DEFENDANT:   Yeah, I want to be somewhere I

15  can receive training.

16        THE COURT:   Okay.  We will change that language

17  to ask the Bureau of Prisons to consider placing the

18  Defendant at a facility where he can receive training in

19  HVAC.

20        THE DEFENDANT:  Yes, sir.

21        MR. LOGGINS:  Thank you.

22        THE COURT:   I think your lawyer is right about

23  that, and it sounds like you are comfortable with that,

24  so that is what we will do.

25        Anything else?

1          MR. LOGGINS:  Not from the defense.

2          PROBATION OFFICER:   No,  Your Honor.

3          THE COURT:   Good luck.   I hope you can get this

4     behind you, and get trained up, and stay away from drugs

5     and guns and do what your mom says.  If you do, you will

6     be fine.  Generally people who follow their mother's

7     advice don't go wrong.

8       (Whereupon, the hearing concluded at 11:53 a.m.)

9            *** END OF REQUESTED TRANSCRIPT ***

10      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11                 CERTIFICATE OF REPORTER

12       I certify that the foregoing is a correct

13   transcript from my stenographic notes in the

14   above-entitled matter.

15

16

17

18

19      S/Debra R. Bull, RPR, CRR    January 30, 2020
                                     Date
20

21

22

23

24

25

## $

**$100** [3] - 5:16, 6:20, 17:11
**$250,000** [1] - 5:15

## 0

**024** [1] - 9:19
**09** [1] - 9:19

## 1

**11:21** [1] - 2:1
**11:53** [1] - 21:8
**12** [1] - 9:24
**13** [2] - 10:6, 12:17
**13-GS-24-0398** [1] - 3:17
**13-GS-24-399** [1] - 3:20
**14** [1] - 18:17
**15** [5] - 3:14, 3:23, 4:1, 5:23, 15:6
**18** [2] - 17:4, 17:19
**19** [1] - 15:12
**1995** [1] - 15:15

## 2

**20** [1] - 5:21
**2013** [1] - 3:23
**2014** [1] - 11:8
**2017** [1] - 11:19
**2018** [2] - 1:4, 2:17
**2020** [1] - 21:19
**20th** [1] - 15:15
**23** [2] - 6:12, 8:5
**24** [1] - 9:18
**25th** [1] - 11:19
**26** [2] - 2:17, 6:8
**28** [1] - 5:20
**29** [1] - 5:24
**29601** [2] - 1:14, 1:18
**29624** [1] - 1:20
**2K2.1(a)(4** [1] - 5:22
**2K2.1(b)(4)** [1] - 5:25
**2K2.1(b)(6)(B)** [1] - 6:1

## 3

**3** [2] - 1:4, 6:14
**30** [3] - 6:1, 9:11, 21:19
**315** [1] - 1:20
**3553(a** [5] - 7:20, 10:9, 14:21, 14:24, 17:5
**3583(d)** [1] - 17:20
**3E1.1(a** [1] - 6:10

**3E1.1(b** [1] - 6:11

## 4

**4** [1] - 3:23
**40** [1] - 8:19
**45** [1] - 9:23

## 5

**55** [1] - 1:13
**57** [6] - 6:16, 7:18, 10:5, 10:8, 11:4, 17:8

## 7

**700** [1] - 1:13
**71** [2] - 6:16, 7:18
**72** [1] - 17:14
**75** [1] - 1:17

## 8

**8:17-415** [1] - 2:5
**8:17-CR-415** [1] - 1:3

## 9

**9** [1] - 12:8
**950** [1] - 1:17

## A

**a.m** [2] - 2:1, 21:8
**A/K/A** [1] - 1:6
**abide** [1] - 12:13
**ability** [2] - 12:5, 17:9
**able** [1] - 2:25
**above-entitled** [1] - 21:14
**absolutely** [1] - 9:18
**abuse** [1] - 15:21
**acceptance** [1] - 6:9
**accident** [1] - 12:20
**accordingly** [1] - 5:4
**achieve** [1] - 18:13
**acknowledge** [1] - 4:2
**addition** [2] - 14:23, 18:21
**additional** [2] - 2:18, 4:20, 6:10
**address** [1] - 10:11
**adequate** [3] - 7:23, 16:20, 16:21
**adjusted** [1] - 6:7
**administered** [1] - 17:25
**admittance** [1] - 9:3
**admitted** [1] - 5:18
**adopt** [1] - 5:4

**adopted** [1] - 17:23
**adult** [1] - 15:6
**advice** [1] - 21:7
**advisory** [8] - 5:8, 5:10, 5:17, 6:15, 6:23, 7:18, 17:2
**afford** [2] - 18:19, 18:22
**AFPD** [1] - 1:15
**age** [2] - 9:24, 15:21
**agree** [1] - 19:18
**AIDED** [1] - 1:22
**ain't** [1] - 12:7
**allowed** [2] - 18:3, 19:13
**allowing** [1] - 18:7
**almost** [1] - 11:18
**AMERICA** [1] - 1:3
**ammunition** [2] - 5:20, 6:2
**amount** [1] - 9:20
**ANDERSON** [2] - 1:3, 1:20
**ANDERSON/ GREENWOOD** [1] - 1:2
**announce** [1] - 5:7
**anyway** [1] - 12:1
**apologize** [1] - 13:5
**appeal** [2] - 18:16, 18:22
**Appeal** [1] - 18:19
**APPEARANCES** [1] - 1:11
**applicable** [4] - 5:7, 5:11, 6:19, 6:22
**apply** [1] - 8:10
**appointed** [1] - 18:23
**appreciates** [1] - 12:23
**appropriate** [2] - 2:20, 14:16
**April** [1] - 15:15
**armed** [1] - 3:16
**arrest** [2] - 7:12, 8:24
**assault** [2] - 3:19, 15:10
**Assessment** [3] - 5:16, 6:20, 17:11
**assessment** [1] - 8:24
**Atlanta** [11] - 13:11, 13:13, 14:1, 18:7, 18:10, 19:7, 19:16, 20:4, 20:8, 20:12
**atmosphere** [1] - 11:13
**attention** [1] - 19:3
**Attorney** [1] - 3:3

**attorney** [2] - 4:18, 20:2
**ATTORNEY'S** [1] - 1:12
**AUSA** [1] - 1:12
**available** [2] - 18:4, 18:5

## B

**bad** [1] - 9:2
**bait** [1] - 11:20
**bars** [1] - 11:25
**base** [2] - 3:25, 5:21
**basis** [1] - 14:24
**battery** [2] - 3:19, 15:10
**BEATTIE** [2] - 1:13, 1:17
**BEFORE** [1] - 1:9
**behalf** [2] - 14:7, 14:10
**behavior** [3] - 8:23, 9:12, 9:22
**behind** [2] - 11:24, 21:4
**benefit** [1] - 6:8
**best** [1] - 12:5
**better** [6] - 8:18, 13:12, 13:15, 13:18, 20:8
**bit** [1] - 13:21
**bond** [1] - 8:11
**BOP** [2] - 2:19, 13:10
**born** [1] - 15:15
**bought** [1] - 11:8
**BOY** [1] - 1:6
**brought** [2] - 15:13, 19:2
**built** [1] - 11:8
**BULL** [1] - 1:19
**bull** [1] - 21:19
**Bureau** [4] - 17:7, 17:15, 20:1, 20:17
**BY** [1] - 4:15

## C

**CAIN** [1] - 1:9
**calculate** [1] - 14:16
**calculated** [2] - 6:18, 17:2
**calculations** [2] - 5:10, 6:23
**car** [1] - 11:19
**CAROLINA** [1] - 1:1
**Carolina** [5] - 11:6, 14:4, 16:6, 16:7, 20:7
**case** [9] - 2:2, 3:17, 5:12, 6:18, 8:12,

14:18, 18:15, 18:18, 19:4
**category** [3] - 5:9, 6:13, 6:14
**cellphone** [1] - 9:4
**certainly** [1] - 16:14
**CERTIFICATE** [1] - 21:11
**certificate** [1] - 16:1
**certify** [1] - 21:12
**change** [1] - 20:16
**changed** [1] - 19:13
**characteristics** [1] - 15:4
**charged** [1] - 9:8
**charges** [1] - 15:11
**charging** [1] - 5:19
**child** [1] - 8:21
**children** [2] - 8:20, 11:4
**choice** [2] - 9:24, 19:24
**Christmas** [1] - 11:19
**circumstance** [1] - 14:18
**circumstances** [3] - 7:9, 15:1, 18:15
**cite** [1] - 14:23
**class** [1] - 10:1
**CLERK** [2] - 2:6, 3:6
**client** [6] - 2:9, 4:12, 8:3, 8:5, 19:7, 19:21
**closer** [1] - 14:6
**cocaine** [2] - 7:11, 15:9
**collision** [1] - 11:19
**comfortable** [1] - 20:23
**commenced** [1] - 2:1
**comments** [1] - 6:22
**committed** [1] - 17:7
**compelling** [1] - 16:14
**completed** [1] - 15:24
**comply** [2] - 17:18, 17:20
**computer** [1] - 16:2
**concern** [1] - 10:9
**concerning** [3] - 7:5, 7:6, 19:3
**concerns** [1] - 20:2
**concluded** [1] - 21:8
**conclusions** [2] - 5:7, 6:22
**condition** [1] - 17:21
**conditions** [1] - 17:19

**conduct** [2] - 7:24, 16:22
**connection** [2] - 6:3, 6:6
**consequences** [1] - 12:13
**consider** [2] - 20:12, 20:17
**consideration** [1] - 18:6
**considered** [10] - 2:14, 2:23, 14:21, 14:25, 15:3, 16:11, 16:17, 16:23, 17:2, 17:3
**considers** [1] - 16:13
**contained** [1] - 17:4
**contents** [1] - 4:23
**conviction** [1] - 18:17
**convictions** [5] - 3:24, 4:2, 5:22, 7:16, 15:7
**copy** [3] - 3:1, 3:2, 3:16
**corner** [2] - 9:1, 9:3
**correct** [2] - 9:18, 21:12
**correctional** [1] - 19:14
**cost** [2] - 18:21, 18:23
**count** [1] - 5:18
**County** [5] - 3:17, 3:20, 11:10, 11:11, 16:10
**couple** [1] - 9:15
**course** [1] - 7:12
**COURT** [39] - 1:1, 1:9, 1:19, 1:19, 2:9, 2:12, 3:4, 3:7, 3:12, 3:15, 4:4, 4:8, 4:15, 4:25, 5:4, 7:3, 8:1, 10:13, 10:15, 10:17, 10:19, 12:15, 12:19, 13:20, 13:23, 14:7, 14:10, 14:13, 14:15, 16:5, 18:10, 19:1, 19:9, 19:18, 19:25, 20:11, 20:16, 20:22, 21:3
**Court** [14] - 2:23, 7:8, 8:4, 10:9, 10:11, 13:5, 13:24, 14:15, 15:7, 15:14, 16:13, 17:5, 17:23, 19:3
**court** [2] - 8:21, 9:9
**court-ordered** [1] - 8:21
**CR** [1] - 1:3

**crack** [4] - 7:11, 9:19, 15:9
**crimes** [3] - 7:25, 9:9, 16:25
**criminal** [7] - 5:9, 6:13, 6:14, 7:24, 15:5, 15:9, 16:22
**CRR** [2] - 1:19, 21:19
**custody** [2] - 17:7, 17:14

**D**

**danger** [1] - 9:12
**date** [2] - 18:17, 21:19
**dated** [1] - 2:17
**dates** [1] - 9:23
**days** [2] - 9:11, 18:17
**DEBRA** [1] - 1:19
**December** [1] - 11:18
**decide** [1] - 13:2
**decision** [1] - 19:17
**deemed** [1] - 6:19
**deep** [1] - 9:21
**DEFENDANT** [13] - 1:7, 1:15, 3:11, 4:3, 13:4, 13:22, 14:3, 16:1, 18:9, 18:25, 20:6, 20:14, 20:20
**defendant** [2] - 6:2, 17:20
**Defendant** [19] - 5:12, 5:18, 5:22, 7:25, 14:11, 15:4, 15:15, 16:20, 16:25, 17:6, 17:9, 17:10, 17:12, 17:15, 17:17, 17:18, 17:24, 18:3, 20:18
**DEFENDER'S** [1] - 1:15
**defense** [2] - 7:1, 21:1
**degree** [1] - 3:19
**described** [3] - 3:23, 12:21, 15:2
**designate** [1] - 19:15
**designation** [1] - 2:19
**determining** [1] - 5:6
**deterrence** [2] - 7:24, 16:22
**diploma** [2] - 3:1, 3:8
**disagree** [1] - 8:24
**discuss** [2] - 4:17, 4:21
**discussed** [2] - 5:23, 15:6
**DISTRICT** [3] - 1:1,

1:1, 1:9
**District** [1] - 17:16
**DIVISION** [1] - 1:2
**docket** [1] - 2:4
**documents** [4] - 2:13, 2:21, 3:5, 3:14
**domestic** [1] - 15:9
**done** [2] - 10:12, 14:17
**Dorn** [4] - 10:12, 10:14, 10:16, 10:17
**DORN** [4] - 10:14, 10:16, 10:18, 10:20
**down** [1] - 11:23
**driver** [1] - 11:21
**drug** [6] - 9:17, 9:24, 10:1, 10:3, 17:25, 18:3
**drugs** [3] - 9:20, 9:21, 21:4
**drunk** [1] - 11:21
**duly** [1] - 2:7
**during** [2] - 9:25, 12:17

**E**

**educational** [1] - 18:4
**eight** [1] - 13:17
**eighth** [1] - 15:23
**either** [1] - 8:10
**eligible** [1] - 6:14
**emotional** [1] - 15:17
**employment** [1] - 16:6
**END** [1] - 21:9
**enhanced** [2] - 3:25, 9:17
**enhancements** [1] - 3:14
**entitled** [1] - 21:14
**entry** [2] - 6:11, 18:18
**environment** [1] - 13:16
**equivalency** [2] - 3:1, 3:8
**errors** [1] - 19:2
**evidenced** [1] - 13:23
**exceptions** [1] - 6:21
**explained** [2] - 4:11, 8:9
**extremely** [1] - 12:21

**F**

**facility** [5] - 14:1, 18:10, 19:14, 20:13,

20:18
**fact** [3] - 8:14, 8:20, 17:23
**factors** [5] - 7:20, 10:9, 14:22, 14:24, 17:4
**facts** [3] - 9:14, 14:17, 18:14
**factual** [1] - 5:4
**family** [1] - 12:2
**fashioning** [1] - 14:20
**FEDERAL** [1] - 1:15
**fee** [4] - 5:16, 6:20, 17:11, 18:20
**felon** [1] - 5:19
**felons** [1] - 7:15
**felony** [3] - 6:3, 6:6, 7:15
**fight** [1] - 9:2
**file** [1] - 18:18
**filed** [1] - 18:20
**filing** [1] - 18:20
**findings** [2] - 5:5, 17:23
**fine** [6] - 5:15, 6:18, 8:11, 17:9, 17:10, 21:6
**finishes** [1] - 16:8
**firearm** [2] - 5:20, 6:2
**firearms** [3] - 7:10, 7:14, 16:16
**first** [8] - 2:7, 3:19, 8:8, 9:5, 10:20, 10:21, 10:22, 19:25
**FITZGERALD** [2] - 1:6, 2:7
**Fitzgerald** [2] - 2:3, 17:6
**five** [3] - 5:15, 9:6, 19:16
**follow** [1] - 21:6
**following** [3] - 2:13, 14:23, 17:21
**follows** [1] - 2:8
**FOR** [3] - 1:1, 1:12, 1:15
**foregoing** [1] - 21:12
**forth** [4] - 4:1, 5:5, 15:2, 17:22
**fortunate** [2] - 12:19, 12:21
**four** [2] - 5:25, 6:7
**four-level** [2] - 5:25, 6:7
**front** [1] - 10:13
**future** [3] - 7:24, 16:22, 16:25

**G**

**GED** [4] - 3:9, 13:11, 15:24, 16:3
**General** [1] - 15:7
**generally** [1] - 21:6
**Georgia** [1] - 18:11
**given** [1] - 18:6
**glad** [3] - 7:4, 8:2, 12:25
**GOVERNMENT** [1] - 1:12
**Government** [7] - 5:2, 6:24, 7:8, 7:12, 7:17, 14:8, 16:14
**grab** [1] - 9:6
**grade** [1] - 15:23
**grams** [2] - 9:19
**greater** [2] - 7:19, 18:13
**Greenville** [1] - 11:10
**GREENVILLE** [2] - 1:14, 1:18
**Greenwood** [7] - 3:17, 3:20, 11:6, 11:11, 16:7, 16:10
**ground** [1] - 9:7
**guideline** [7] - 5:8, 5:17, 6:16, 6:23, 12:10, 12:11, 14:16
**Guidelines** [1] - 17:3
**guidelines** [4] - 4:1, 5:10, 6:15, 9:18
**guilty** [4] - 3:18, 6:12, 9:9, 9:10
**gun** [2] - 9:8, 9:13
**guns** [1] - 21:5
**guy** [1] - 19:23

**H**

**hand** [1] - 2:6
**handed** [1] - 3:16
**hard** [1] - 10:25
**head** [2] - 11:22
**health** [2] - 15:16, 15:17
**hear** [3] - 7:4, 8:2, 12:25
**heard** [2] - 13:9, 14:6
**HEARING** [1] - 1:10
**hearing** [5] - 2:1, 2:12, 2:15, 15:2, 21:8
**helped** [1] - 11:14
**hereby** [1] - 17:6
**herself** [1] - 12:16
**high** [2] - 3:1, 3:8
**history** [7] - 5:9, 6:13, 6:14, 15:3, 15:5,

15:19, 16:6
**hit** [3] - 11:20, 11:22
**home** [8] - 11:4, 11:9, 11:17, 12:1, 12:4, 13:14, 13:16, 14:6
**honor** [1] - 20:1
**Honor** [21] - 2:2, 2:11, 2:24, 2:25, 4:6, 4:7, 4:13, 5:2, 6:25, 7:1, 7:2, 7:7, 7:8, 8:5, 10:6, 14:9, 14:12, 14:14, 19:5, 19:6, 21:2
**HONORABLE** [1] - 1:9
**hoodie** [1] - 9:4
**hope** [1] - 12:23, 21:3
**hoped** [1] - 16:18
**hopefully** [2] - 7:22, 13:14
**hours** [1] - 17:14
**house** [1] - 11:8
**HOWARD** [9] - 1:12, 2:2, 2:24, 4:6, 5:2, 6:24, 7:7, 14:9, 19:5
**humanitarian** [1] - 18:11
**HVAC** [6] - 13:13, 14:2, 19:14, 20:10, 20:13, 20:19

**I**

**impact** [1] - 16:19
**importance** [2] - 11:17, 11:24
**impose** [1] - 14:25
**imposed** [6] - 3:21, 3:22, 16:12, 16:18, 16:19, 16:24
**imprisoned** [1] - 17:8
**imprisonment** [3] - 6:16, 6:17, 17:12
**IN** [1] - 1:1
**incarceration** [1] - 5:13
**include** [2] - 18:2, 18:6
**included** [1] - 2:18
**includes** [1] - 16:6
**including** [5] - 5:9, 14:22, 15:4, 15:5, 15:11
**increase** [3] - 5:24, 5:25, 6:7
**independent** [1] - 13:1

**indicated** [2] - 15:18, 15:20
**indicates** [1] - 16:8
**indication** [2] - 9:5, 15:16
**Indictment** [3] - 3:16, 3:19, 5:19
**information** [5] - 2:14, 2:18, 7:6, 8:13, 14:18
**inmates** [1] - 13:9
**install** [1] - 14:1
**intelligent** [2] - 8:12, 13:23
**intensive** [1] - 10:1
**intent** [1] - 6:4
**interactions** [1] - 13:24
**interest** [2] - 7:13, 16:15
**interview** [1] - 15:18
**involved** [5] - 8:20, 9:21, 10:3, 12:18
**issues** [1] - 8:9

**J**

**jail** [1] - 10:6
**JAMES** [1] - 1:15
**James** [1] - 2:4
**January** [1] - 21:19
**JEAN** [1] - 1:12
**Jennifer** [2] - 10:12, 10:14
**Jr** [1] - 17:6
**JUDGE** [1] - 1:9
**judgment** [1] - 17:5
**Judgment** [2] - 18:2, 18:18
**JULY** [1] - 1:4
**June** [1] - 2:17

**K**

**kept** [1] - 8:11
**keys** [1] - 15:25, 16:1
**kids** [1] - 13:17
**knowledge** [1] - 6:4
**known** [1] - 18:10
**knows** [1] - 19:11

**L**

**language** [1] - 20:16
**last** [2] - 10:15, 12:17
**law** [3] - 7:22, 16:18, 16:21
**lawyer** [2] - 18:21, 20:22
**lean** [1] - 11:3
**legitimate** [2] - 7:13,

16:14
**lenient** [2] - 11:3, 12:10
**letter** [2] - 2:17, 13:8
**level** [11] - 3:25, 5:9, 5:21, 5:24, 5:25, 6:7, 6:8, 6:10, 6:12, 9:12
**LIBERTY** [1] - 1:16
**life** [5] - 11:7, 11:18, 12:5, 12:6, 19:11
**light** [1] - 12:20
**live** [2] - 12:4, 16:9
**loaded** [1] - 9:8
**locked** [1] - 11:24
**Loggins** [6] - 2:4, 2:9, 4:11, 8:2, 15:20, 19:21
**LOGGINS** [15] - 1:15, 2:11, 2:25, 4:7, 4:13, 5:3, 7:1, 8:4, 12:16, 14:12, 19:6, 19:10, 19:23, 20:21, 21:1
**look** [4] - 8:25, 9:14, 9:15, 14:17
**looking** [1] - 7:9
**looks** [3] - 3:17, 3:21, 3:22
**lost** [1] - 11:18
**loves** [1] - 12:22
**luck** [1] - 21:3

**M**

**ma'am** [3] - 3:12, 10:15, 12:15
**man** [1] - 13:20
**mandated** [1] - 14:15
**mandatory** [2] - 17:11, 17:18
**March** [1] - 3:22
**Marcus** [7] - 2:3, 10:22, 11:2, 11:9, 11:16, 11:23, 17:6
**MARCUS** [2] - 1:6, 2:7
**marijuana** [6] - 7:11, 9:20, 9:23, 15:8, 15:10, 15:19
**materials** [3] - 2:14, 2:21, 13:24
**math** [1] - 3:10
**matter** [1] - 21:14
**MCDUFFIE** [1] - 1:20
**meantime** [1] - 13:18
**mental** [1] - 15:17
**met** [1] - 8:8
**middle** [1] - 11:20
**might** [2] - 10:10, 19:12
**mindful** [1] - 15:14

**minimum** [1] - 12:10
**minute** [1] - 19:19
**minutes** [1] - 19:16
**Mobley** [1] - 2:16
**mom** [1] - 21:5
**months** [9] - 6:16, 7:18, 10:5, 10:6, 10:8, 11:4, 11:23, 12:18, 17:8
**mother** [7] - 10:11, 10:22, 11:2, 12:20, 12:22, 13:5, 16:7
**mother's** [1] - 11:14
**move** [1] - 11:14
**moved** [1] - 16:10
**MR** [14] - 2:11, 2:25, 4:7, 4:13, 5:3, 7:1, 8:4, 12:16, 14:12, 19:6, 19:10, 19:23, 20:21, 21:1
**MS** [11] - 2:2, 2:24, 4:6, 5:2, 6:24, 7:7, 10:14, 10:16, 10:20, 14:9, 19:5

**N**

**name** [2] - 10:15, 18:8
**nature** [2] - 7:9, 15:1
**necessary** [2] - 7:19, 18:13
**need** [6] - 4:20, 8:15, 12:4, 16:11, 16:17, 16:23
**needs** [2] - 8:17, 10:7
**never** [2] - 12:8, 15:21
**new** [1] - 8:11
**next** [1] - 2:2
**night** [1] - 11:19
**NO** [1] - 1:3
**nobody** [1] - 12:7
**none** [3] - 5:2, 6:24, 7:1
**noted** [4] - 5:20, 5:24, 5:25, 15:24
**notes** [1] - 21:13
**nothing** [2] - 12:7, 17:1
**Notice** [1] - 18:19
**number** [1] - 2:4
**numbers** [1] - 4:9

**O**

**objection** [2] - 4:4, 4:7
**objections** [2] - 4:25,

6:21
**obtained** [1] - 15:24
**occurred** [2] - 11:6, 15:12
**OF** [4] - 1:1, 1:3, 21:9, 21:11
**offense** [15] - 3:18, 3:25, 5:9, 5:21, 6:3, 6:6, 6:7, 6:12, 7:9, 7:21, 15:1, 15:13, 16:12, 16:13
**offenses** [2] - 15:5, 15:11
**Office** [1] - 17:16
**OFFICE** [2] - 1:12, 1:16
**Officer** [2] - 2:16, 18:1
**OFFICER** [4] - 3:13, 7:2, 14:14, 21:2
**official** [1] - 3:9
**often** [1] - 12:17
**old** [4] - 8:5, 13:17, 19:16
**omissions** [1] - 19:2
**once** [3] - 9:16, 13:14, 16:8
**one** [9] - 3:22, 3:25, 5:14, 6:10, 6:17, 11:8, 15:11, 18:22, 18:23
**one-level** [1] - 6:10
**ones** [1] - 15:12
**opened** [1] - 11:9
**opportunity** [1] - 4:16
**Order** [3] - 18:2, 18:18, 19:12
**ordered** [2] - 8:21
**outlined** [1] - 17:19
**own** [1] - 9:3

**P**

**pain** [1] - 13:6
**paragraph** [12] - 3:14, 3:23, 4:1, 5:20, 5:23, 5:24, 6:1, 8:19, 9:23, 15:5, 15:12
**part** [3] - 3:7, 16:21, 16:22
**participate** [1] - 18:3
**particularly** [1] - 7:14
**parties** [1] - 7:4
**past** [1] - 11:5
**pay** [4] - 8:21, 12:12, 17:9, 17:11
**pen** [1] - 19:16
**penitentiary** [3] - 19:8, 19:11, 19:15

**people** [2] - 9:13, 21:6

**period** [1] - 12:1

**person** [2] - 9:17, 17:16

**personal** [1] - 20:3

**persons** [2] - 7:14, 16:16

**physical** [1] - 15:16

**pistol** [1] - 15:9

**PLACE** [2] - 1:13, 1:17

**place** [2] - 8:18, 14:5

**placed** [3] - 17:13, 19:13, 20:4

**places** [1] - 11:13

**placing** [2] - 20:12, 20:17

**plea** [3] - 2:15, 6:12, 15:2

**pled** [2] - 3:18, 9:10

**plenty** [1] - 10:7

**PO** [1] - 1:6

**point** [1] - 9:16

**police** [1] - 9:2

**positive** [1] - 16:20

**possess** [1] - 7:14

**possessed** [3] - 6:2, 6:3, 6:5

**possession** [5] - 5:19, 15:8, 15:9, 16:15

**potential** [1] - 8:6

**predicate** [1] - 3:25

**prepared** [1] - 2:16

**presented** [3] - 2:14, 14:19, 15:1

**Presentence** [4] - 2:15, 4:17, 5:1, 17:22

**presents** [1] - 12:16

**pretty** [1] - 3:10

**preventing** [1] - 16:15

**previously** [2] - 5:23, 17:22

**Pride** [1] - 16:7

**prison** [1] - 11:25

**Prisons** [4] - 17:7, 17:15, 20:1, 20:17

**Probation** [4] - 2:16, 14:13, 17:16, 18:1

**probation** [3] - 3:3, 5:14, 6:15

**PROBATION** [4] - 3:13, 7:2, 14:14, 21:2

**probationary** [1] - 8:16

**problems** [2] - 15:17, 15:18

**procedural** [1] - 19:2

**proceed** [1] - 2:10

**processed** [1] - 8:13

**professional** [1] - 10:22

**program** [2] - 10:3, 19:14

**programs** [2] - 18:4, 18:5

**prohibited** [2] - 7:13, 16:16

**promised** [1] - 12:7

**promote** [3] - 7:21, 16:18, 16:20

**protect** [2] - 7:24, 16:24

**provide** [4] - 5:12, 7:22, 7:23, 16:24

**provided** [1] - 2:17

**provisions** [5] - 5:8, 5:11, 5:18, 6:23

**PUBLIC** [1] - 1:15

**public** [2] - 7:25, 16:25

**punishment** [3] - 7:22, 10:10, 16:24

**purposes** [4] - 2:12, 5:5, 17:24, 18:13

**pursuant** [5] - 5:21, 5:24, 6:1, 6:9, 6:11

**put** [4] - 4:5, 6:7, 20:11, 20:12

**puts** [1] - 6:13

**Q**

**qualify** [1] - 10:4

**questions** [1] - 8:12

**R**

**raise** [1] - 2:6

**raised** [1] - 8:8

**random** [1] - 17:25

**range** [6] - 5:10, 6:16, 7:18, 7:23, 10:2, 14:16

**rather** [1] - 19:15

**reached** [1] - 9:5

**read** [1] - 11:6

**reading** [2] - 3:9, 9:4

**ready** [2] - 2:10, 2:11

**really** [1] - 13:12

**reason** [1] - 6:5

**reasonable** [1] - 18:14

**reasonableness** [1] - 5:6

**reasons** [2] - 17:21, 18:11

**receive** [3] - 20:13,

20:15, 20:18

**received** [3] - 2:13, 5:23, 9:11

**receiving** [1] - 10:1

**recently** [1] - 11:7

**recommend** [1] - 19:13

**recommendation** [1] - 9:25

**recommendations** [1] - 7:5

**record** [4] - 2:22, 3:8, 4:5, 19:22

**red** [1] - 8:15

**redact** [1] - 4:10

**reduction** [2] - 6:9, 6:10

**referenced** [1] - 14:22

**reflect** [2] - 7:20, 16:12

**regret** [1] - 19:16

**relate** [1] - 20:3

**release** [6] - 5:14, 6:17, 17:12, 17:13, 17:14, 17:17

**released** [1] - 17:17

**relevant** [3] - 7:6, 14:23, 17:3

**remained** [1] - 9:24

**repair** [1] - 14:2

**Report** [13] - 2:15, 3:24, 4:11, 4:17, 4:21, 4:23, 5:1, 8:19, 8:25, 15:2, 15:18, 17:22

**report** [2] - 5:5, 17:15

**REPORTER** [3] - 1:19, 1:19, 21:11

**represent** [1] - 18:22

**represented** [1] - 2:4

**request** [4] - 2:19, 18:2, 18:6, 20:2

**REQUESTED** [1] - 21:9

**reside** [1] - 11:10

**resist** [1] - 9:8

**resolved** [1] - 9:6

**respect** [6] - 5:17, 7:21, 10:24, 12:11, 16:18, 16:21

**responsibility** [1] - 6:9

**restitution** [1] - 6:18

**review** [2] - 4:17, 4:20

**reviewed** [2] - 2:13, 14:21

**robbery** [1] - 3:16

**RPR** [2] - 1:19, 21:19

**running** [2] - 11:21

**S**

**s/Debra** [1] - 21:19

**safer** [1] - 11:12

**safety** [1] - 20:3

**satisfy** [1] - 10:9

**SC** [4] - 1:3, 1:14, 1:18, 1:20

**scan** [1] - 3:4

**school** [2] - 3:1, 3:8

**seconds** [1] - 9:6

**section** [1] - 5:21

**Section** [6] - 6:1, 6:10, 6:11, 14:21, 17:4, 17:20

**secure** [1] - 3:1

**Security** [1] - 4:9

**see** [4] - 12:3, 12:16, 16:4, 16:5

**sent** [1] - 2:17

**sentence** [17] - 5:6, 7:17, 7:23, 8:16, 10:2, 13:3, 14:20, 14:25, 16:8, 16:11, 16:17, 16:19, 16:23, 18:7, 18:12, 18:16, 19:6

**sentences** [1] - 3:21

**Sentencing** [1] - 17:2

**sentencing** [8] - 2:3, 2:21, 7:5, 7:6, 17:4, 17:24, 18:14, 19:4

**SENTENCING** [1] - 1:10

**separate** [1] - 13:1

**serious** [1] - 16:13

**seriousness** [2] - 7:21, 16:12

**serve** [2] - 14:24, 18:7

**Sessions** [1] - 15:7

**set** [4] - 4:1, 5:5, 15:2, 17:21

**several** [3] - 8:14, 13:9, 15:10

**shall** [6] - 17:10, 17:13, 17:15, 17:18, 17:20, 17:24

**Shepard** [1] - 3:13

**short** [2] - 11:18, 12:6

**shown** [1] - 3:2

**sic** [7] - 11:17, 11:23, 12:7, 12:8, 12:12, 13:10, 13:17

**sides** [1] - 9:1

**sign** [1] - 11:22

**silver** [1] - 16:2

**similar** [1] - 19:15

**simply** [1] - 10:5

**Simpsonville** [2] - 11:8, 11:10

**single** [1] - 5:18

**single-count** [1] - 5:18

**situation** [1] - 9:6

**smart** [1] - 19:23

**Social** [1] - 4:9

**sometimes** [1] - 9:15

**somewhere** [2] - 20:7, 20:14

**sorry** [1] - 8:7

**sort** [1] - 8:16

**sounds** [1] - 20:23

**SOUTH** [2] - 1:1, 1:20

**South** [4] - 11:6, 14:4, 16:7, 20:7

**Special** [3] - 5:15, 6:20, 17:11

**special** [1] - 17:21

**specific** [1] - 14:24

**specifically** [2] - 7:20, 14:20

**SQUARE** [1] - 1:16

**stage** [1] - 8:11

**stand** [3] - 10:21, 12:22, 16:4

**standard** [1] - 17:19

**started** [2] - 9:23, 15:20

**state** [1] - 2:22

**State** [1] - 9:9

**States** [1] - 2:3

**STATES** [5] - 1:1, 1:3, 1:9, 1:12, 1:19

**statutory** [4] - 5:8, 5:11, 6:23, 17:4

**stay** [1] - 21:4

**staying** [1] - 12:18

**stenographic** [1] - 21:13

**STENOTYPE/ COMPUTER** [1] - 1:22

**STENOTYPE/ COMPUTER-AIDED** [1] - 1:22

**stolen** [1] - 15:8

**stop** [1] - 11:21

**STREET** [1] - 1:20

**stress** [1] - 13:6

**strong** [1] - 3:16

**stuff** [2] - 11:25, 13:7

**subject** [1] - 6:19

**submit** [3] - 7:8, 7:17, 17:24

**submitted** [2] - 2:21,

13:25
  **substance** [1] - 15:21
  **substantive** [1] - 19:1
  **sufficient** [4] - 4:16, 7:19, 10:2, 18:12
  **SUITE** [2] - 1:13, 1:17
  **supervised** [4] - 5:13, 6:17, 17:13, 17:17
  **supervision** [1] - 17:19
  **support** [3] - 7:19, 8:22, 12:22
  **supporting** [2] - 3:2, 3:13
  **supposed** [1] - 12:6
  **suppression** [1] - 8:8
  **sworn** [1] - 2:8
  **systems** [1] - 14:2

**T**

  **talks** [1] - 8:19
  **ten** [1] - 5:13
  **tend** [1] - 19:18
  **term** [3] - 5:12, 17:8, 17:13
  **terrible** [1] - 12:20
  **test** [1] - 3:9
  **testified** [1] - 2:8
  **testing** [1] - 17:25
  **THE** [53] - 1:1, 1:1, 1:9, 1:12, 1:15, 2:6, 2:9, 2:12, 3:4, 3:6, 3:7, 3:11, 3:12, 3:15, 4:3, 4:4, 4:8, 4:15, 4:25, 5:4, 7:3, 8:1, 10:13, 10:15, 10:17, 10:19, 12:15, 12:19, 13:4, 13:20, 13:22, 13:23, 14:3, 14:7, 14:10, 14:13, 14:15, 16:1, 16:5, 18:9, 18:10, 18:25, 19:1, 19:9, 19:18, 19:25, 20:6, 20:11, 20:14, 20:16, 20:20, 20:22, 21:3
  **therefore** [1] - 17:10
  **three** [6] - 5:14, 6:17, 9:10, 11:19, 17:14
  **three-car** [1] - 11:19
  **throughout** [1] - 13:6
  **timely** [1] - 6:11
  **TIMOTHY** [1] - 1:9
  **today** [5] - 8:16,

10:23, 11:18, 15:3, 16:19
  **together** [1] - 3:24
  **total** [1] - 6:12
  **toward** [2] - 11:3, 12:10
  **track** [1] - 10:8
  **trade** [2] - 13:13, 13:14
  **trades** [3] - 14:4, 14:6, 20:8
  **trained** [2] - 14:1, 21:4
  **training** [3] - 20:13, 20:15, 20:18
  **transcript** [3] - 3:2, 3:9, 21:13
  **TRANSCRIPT** [1] - 21:9
  **TRANSCRIPTION** [1] - 1:22
  **transferred** [1] - 6:4
  **treated** [1] - 3:24
  **treatment** [2] - 15:22, 18:4
  **tried** [1] - 9:13
  **trouble** [3] - 8:12, 13:7, 13:21
  **truck** [1] - 11:22
  **trying** [1] - 8:23
  **turns** [1] - 9:3
  **twice** [1] - 11:20
  **TWO** [1] - 1:16
  **two** [9] - 5:24, 6:8, 7:10, 8:20, 9:1, 11:4, 11:23, 13:16, 13:17
  **two-level** [2] - 5:24, 6:8

**U**

  **under** [3] - 4:1, 9:18, 18:14
  **United** [1] - 2:3
  **UNITED** [5] - 1:1, 1:3, 1:9, 1:12, 1:19
  **up** [8] - 2:19, 5:15, 8:11, 10:13, 11:9, 11:24, 16:8, 21:4
  **USC** [2] - 17:4, 17:19
  **USP** [3] - 13:11, 18:7, 18:10

**V**

  **versus** [1] - 2:3
  **VERSUS** [1] - 1:5
  **view** [1] - 9:11
  **violence** [1] - 15:10
  **vocational** [1] - 18:5

**W**

  **waived** [2] - 17:10, 18:20
  **wants** [1] - 19:20
  **ways** [1] - 9:15
  **willing** [1] - 16:9
  **WOODS** [2] - 1:6, 2:7
  **Woods** [5] - 2:4, 3:10, 10:22, 11:2, 17:6
  **woods** [10] - 2:16, 3:18, 4:2, 4:16, 7:10, 7:15, 12:19, 12:25, 18:16, 19:25
  **written** [1] - 18:18
  **wrote** [1] - 13:8

**Y**

  **yard** [2] - 20:7, 20:9
  **yards** [1] - 14:4
  **year** [2] - 13:17
  **years** [6] - 5:13, 5:14, 5:15, 6:17, 8:5, 17:14
  **young** [2] - 13:20, 15:21