AO 245D    (SCD Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
# District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br><br>Marcus Fitzgerald Woods | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 8:17cr00415 (1)<br>US Marshal's Number: 32362-171<br><br>Erica Soderdahl<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) of the term of supervision.

☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| 1, 2, 3, 9 | See violation report | 2020 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The remaining violations are discharged as to such violation(s) condition.

☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:<br>9126<br>Defendant's Year of Birth:<br>1995<br>City and State of Defendant's Residence:<br>Greenwood, SC | October 20, 2021<br>Date of Imposition of Judgment<br><br>S/ Timothy M Cain<br>Signature of Judicial Officer<br><br>Timothy M. Cain, United States District Judge<br>Name and Title of Judicial Officer<br><br>October 20, 2021<br>Date |

AO 245D    (SCD Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

DEFENDANT: Marcus Fitzgerald Woods
CASE NUMBER: 8:17cr00415

# IMPRISONMENT

The defendant's term of supervised release is hereby REVOKED and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TIME SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at [Time to surrender to USM] a.m./p.m. on [Date to surrender to USM].
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on [Date to surrender at institution]
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

UNITED STATES MARSHAL

By  _____
Deputy United States Marshal